**Order entered July 2, 2021**



## In The
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-21-00331-CV

### IN THE INTEREST OF A.A., A CHILD

**On Appeal from the 416th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 416-51855-2020**

### ORDER

Before the Court is appellant's June 30, 2021 motion for a ten-day extension of time to file his brief. We note the clerk's record has been filed, but the reporter's record is not yet due. Because the time for filing appellant's brief does not begin to run until the later of the date the clerk's record was filed or the date the reporter's record was filed, *see* TEX. R. APP. P. 38.6(a), we **DENY** the motion as premature. Appellant's brief will be due within thirty days of the filing of the reporter's record.

/s/    ROBERT D. BURNS, III
        CHIEF JUSTICE